# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 09cr874-BEN |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] **JUDGMENT OF DISMISSAL AND ORDER ON UNITED STATES'** |
| ROGER HOWARD KILGARD, | ) **MOTIONS TO DISMISS THE INDICTMENT AND TO EXONERATE BOND** |
| Defendants. | ) |

Having considered the United States' Motion to Dismiss the Indictment in this case pursuant to Fed. R. Crim. P. 48(a), the Court hereby grants the United States leave of court to dismiss the indictment in this case. Accordingly, the Indictment is hereby dismissed, without prejudice, pursuant to Fed. R. Crim. P. 48(a). Bond is hereby exonerated.

Dated: February 3, 2012

HON. ROGER T. BENITEZ
UNITED STATES DISTRICT COURT